ANN E. NASH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 307-6489
Fax: (202) 514-6866
ann.e.nash@usdoj.gov
*Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER ITURRALDE,<br>NEW JERSEY DIVISION OF TAXATION,<br>ALLIANCE SERVICING LLC,<br>ALEXIS INVESTMENT & FUNDING LLC,<br><br>Defendants. | Case No. 2:26-CV-14900 |

**COMPLAINT**

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income tax assessments made against Taxpayer Jennifer Iturralde, and to enforce the corresponding federal tax liens against real property located in Bergen County, New Jersey. In support of this Complaint, the United States alleges as follows:

## JURISDICTION & VENUE

1. The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402 and 7403 and 28 U.S.C. §§ 1331, 1340 and 1345.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because one or more of the defendants reside in this district, and because the real property subject to this action is located in this district.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Taxpayer, Jennifer Iturralde, resides at 101 Jasmine Ct., Franklin Lakes, NJ 07417. She is named as a defendant because she is the taxpayer against whom federal income tax liabilities were assessed, and she has an interest in the real property subject to this action.

5. Defendant New Jersey Division of Taxation maintains an address at P.O. Box 240, Trenton, NJ 08695. It is named as a party under 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this action.

6. Defendant Alliance Servicing LLC maintains an address at 901 N. Brutscher St. Suite 219 Newberg, OR 97132. It is named as a party under 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this action.

7. Defendant Alexis Investment & Funding LLC maintains an address at 700 First St. Suite 1P Hoboken, NJ 07030. It is named as a party under 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this action.

8. The real property that is the subject of this action is located in Bergen County, New Jersey, at 101 Jasmine Ct. Franklin Lakes, NJ 07417, which is within the jurisdiction of this

Court. It is more particularly described in Exhibit 1 to this complaint and will be referred to as the “Jasmine Court Property” in this complaint.

**COUNT I: REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT**

9. The United States incorporates paragraphs 1 through 8 by reference, as if fully set forth herein.

10. A delegate of the Secretary of the Treasury properly and timely made assessments against Taxpayer Jennifer Iturralde for unpaid federal income taxes, as reflected below:

| Tax Type | Tax Period Ending | Date of First Assessment | Amount of First Assessment | Outstanding Balance (as of November 23, 2026) |
|---|---|---|---|---|
| Form 1040 | 12/31/2015 | 11/21/2016 | $96,560.00 | $270,007.73 |
| Form 1040 | 12/31/2016 | 11/20/2017 | $144,161.00 | $296,294.84 |
| Form 1040 | 12/31/2017 | 11/19/2018 | $150,150.00 | $312,624.48 |
| **Total Balance Outstanding (as of November 23, 2026)** | | | | **$878,927.05** |

11. Notices and demands for payment of the assessments have been given to Taxpayer Jennifer Iturralde but she has failed to pay the assessed amounts.

12. Statutory additions, interest, and costs have been assessed and/or have accrued according to law on the unpaid balance of assessments set forth in paragraph 10, above, and will continue to accrue until paid in full.

13. Despite notice and demand for payment of the assessments set forth in paragraph 10, above, Taxpayer Jennifer Iturralde has failed to pay the United States the full amount of those liabilities to the United States.

14. As of November 23, 2026, the balance owed by Taxpayer Jennifer Iturralde on the tax liabilities described in paragraph 10, above, together with statutory interest and penalties, totaled $878,927.05 and will continue to accrue according to law.

## COUNT II: FORECLOSURE OF FEDERAL TAX LIENS ON REAL PROPERTY

15. The United States incorporates paragraphs 1 through 14 by reference, as if fully set forth herein.

16. Taxpayer Jennifer Iturralde acquired an interest in the Jasmine Court Property on or about November 20, 2017.

17. Pursuant to 26 U.S.C. §§ 6321 and 6322, for each assessment underlying the tax liability described in Count I, a federal tax lien in favor of the United States arose on the date of the assessment and attached to all property and rights to property belonging to Taxpayer Jennifer Iturralde including the Jasmine Court Property.

18. On the dates shown below, the Internal Revenue Service recorded notices of federal tax liens with the Bergen County Clerk's Office for the tax periods listed below:

| Tax Type | Tax Period Ending | Date Lien Recorded |
|---|---|---|
| Form 1040 | 12/31/2015 | 11/29/2022 |
| Form 1040 | 12/31/2016 | 11/29/2022 |
| Form 1040 | 12/31/2017 | 11/29/2022 |

19. The United States seeks to enforce its federal tax liens against the Briar Court Property pursuant to 26 U.S.C. § 7403 by having the Jasmine Court Property sold in a judicial sale (including by a receiver if requested by the United States), free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed as determined by the Court in accordance with the law.

## RELIEF REQUESTED

WHEREFORE, the United States prays this Court:

A. Enter judgement in favor of the United States and against the Taxpayer Jennifer Iturralde with respect to the tax assessments described in Count I, above, in the amount of

$878,927.05 as of November 23, 2026, plus penalties, interest, and statutory additions accruing from that date until paid in full;

B. Adjudge, determine, and decree that the United States holds valid and subsisting federal tax liens with respect to the assessments described in Count I, above, that encumber all property and rights to property of the Taxpayer Jennifer Iturralde, including the Jasmine Court Property;

C. Order that the federal tax liens of the United States be enforced against the Briar Court Property, that the Briar Court Property be sold according to law, free and clear of the claims of the parties herein, and that the proceeds from the sale be distributed to the United States and any other party according to the respective priorities of the claims of the parties to this action;

D. Award the United States its attorneys' fees and costs incurred in prosecuting this action; and

E. Grant the United States such other relief as may be just and proper.

Dated: November 18, 2026,

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Ann E. Nash*

ANN E. NASH
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6489 (phone)
202-514-6866 (fax)
ann.e.nash@usdoj.gov

*Counsel for Plaintiff*

**DESIGNATION UNDER LOCAL RULE OF CIVIL PROCEDURE 101.1(f)**

In accordance with Local Rule of Civil Procedure 101.1(f), the undersigned hereby designate the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

Chief, Civil Division
United States Attorney's Office
District of New Jersey
970 Broad Street, Ste. 700
Newark, New Jersey 07102

Dated: November 18, 2026,

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Ann E. Nash*
ANN E. NASH
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6489 (phone)
202-514-6866 (fax)
ann.e.nash@usdoj.gov

*Counsel for Plaintiff*